**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

MARSH HEATH, *et al*., *on behalf of themselves*
*and all individuals similarly situated*,

        Plaintiffs,

v.                                     Civil Action No. 3:19-cv-555

CAPITAL ONE FINANCIAL CORPORATION,
 *et al*.,

        Defendants.

_____

## MOTION TO CONSOLIDATE

      Plaintiffs, by counsel, pursuant to Fed. R. Civ. P. 42, file this motion to consolidate the

Capital One data breach cases on an interim basis for the purpose of conducting a status

conference. The proposed consolidation and reasons therefore are set forth in their

contemporaneously-filed memorandum of law.

                             Respectfully submitted,
                             **PLAINTIFFS**

By: _____/s/ Leonard A. Bennett_____
Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Elizabeth W. Hanes, Esq., VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq. VSB #84261

KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

Matthew J. Erausquin, VSB No. 65434
Tara B. Keller, VSB No. 91986
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Tel:    703-273-7770
Fax:    888-892-3512
Email:  matt@clalegal.com
Email:  tara@clalegal.com

Charles B. Molster, III VSB 23613
LAW OFFICES OF CHARLES B. MOLSTER, III
PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
Telephone: (703) 346-1505
Email:  cmolster@molsterlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record. I have also provided notice by email to:

David L. Balser
Phyllis B. Sumner
S. Stewart Haskins II
KING & SPAULDING, LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com

David H. Thompson *(pro hac vice forthcoming)*
Haley N. Proctor
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Email:  dthompson@cooperkirk.com
Email:  hproctor@cooperkirk.com

Joseph H. Meltzer *(pro hac vice forthcoming)*
Naumon A. Amjed *(pro hac vice forthcoming)*
Melissa L. Troutner *(pro hac vice forthcoming)*
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Email:  jmeltzer@ktmc.com
Email:  namjed@ktmc.com
Email:  mtroutner@ktmc.com

Geoffrey R. McDonald
Justin M. Sheldon
Frank H. Hupfl
GEOFF McDONALD & ASSOCIATES, P.C.
3315 West Broad Street
Richmond, VA 23230
Tel: (804) 888-8888
Fax: (804) 359-5426
Email:  GMcDonald@mcdonaldinjurylaw.com
Email:  JSheldon@mcdonaldinjurylaw.com
Email:  FHupfl@mcdonaldinjurylaw.com

W. Daniel "Dee" Miles, III *(pro hac vice forthcoming)*
Archie I. Grubb, II *(pro hac vice forthcoming)*
Leslie L. Pescia *(pro hac vice forthcoming)*
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Email: Dee.Miles@BeasleyAllen.com
Email: Archie.Grubb@BeasleyAllen.com
Email: Leslie.Pescia@BeasleyAllen.com

John Cole Gayle, Jr.
THE CONSUMER LAW GROUP, P.C.
1508 Willow Lawn Dr., Suite 220
Richmond, VA 23230
Email: jgayle@theconsumerlawgroup.com

Jonathan Shub *(pro hac vice forthcoming)*
Kevin Laukaitis *(pro hac vice forthcoming)*
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Email: jshub@kohnswift.com
Email: klaukaitis@kohnswift.com

James A. Francis (*pro hac vice forthcoming*)
John Soumilas (*pro hac vice forthcoming*)
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

John G. Harnishfeger
MURPHY, FALCON & MURPHY
One South Street, 23rd Floor
Baltimore, MD 21202
Email: john.harnishfeger@murphyfalcon.com

John A. Yanchunis *(pro hac vice forthcoming)*
Ryan J. McGee *(pro hac vice forthcoming)*
Patrick A. Barthle *(pro hac vice forthcoming)*
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Email:  JYanchunis@ForThePeople.com
Email:  RMcGee@ForThePeople.com
Email:  PBarthle@ForThePeople.com

William H. Murphy III (*pro hac vice* to be submitted)
Jessica H. Meeder (*pro hac vice* to be submitted)
MURPHY, FALCON & MURPHY
One South Street, Ste 2300
Baltimore, Maryland 21202
Email:  hassan.murphy@murphyfalcon.com
Email:  jessica.meeder@murphyfalcon.com

Norman E. Siegel (*pro hac vice* to be submitted)
Barrett J. Vahle (*pro hac vice* to be submitted)
J. Austin Moore (*pro hac vice* to be submitted)
Jillian R. Dent (pro hac vice to be submitted)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Email: siegel@stuevesiegel.com
Email:  vahle@stuevesiegel.com
Email:  moore@stuevesiegel.com
Email:  dent@stuevesiegel.com

Grant Morris
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Email  gmorris@sanfordheisler.com

Kevin Sharp (*pro hac vice* to be filed)
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Email:  ksharp@sanfordheisler.com

Adán Martínez (*pro hac vice* to be filed)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Email:  amartinez@sanfordheisler.com

Ben Barnow (*pro hac vice* to be filed)
Erich P. Schork (*pro hac vice* to be filed)
Jeffrey D. Blake (*pro hac vice* to be filed)
BARNOW AND ASSOCIATES, P.C.

One North LaSalle Street, Suite 4600
Chicago, IL 60602
Email:  b.barnow@barnowlaw.com
Email  e.schork@barnowlaw.com
Email:  j.blake@barnowlaw.com

Timothy G. Blood (*pro hac vice* to be filed)
Thomas J. O'Reardon, II
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA
Email:  tblood@bholaw.com
Email: toreardon@bholaw.com

Shpetim Ademi (*pro hac vice* to be filed)
Ben J. Slatky (*pro hac vice* to be filed)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
Email:  sademi@ademilaw.com
Email:  bslatky@ademilaw.com

Jodie E. Buchman
Pierce C. Murphy
SILVERMAN THOMPSON SLUTKIN & WHITE LLC
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201
Email: jbuchman@mdattorney.com
Email:  pmurphy@mdattorney.com

Stuart A. Davidson (*Pro Hac Vice* Pending)
Christopher C. Gold (*Pro Hac Vice* Pending)
Dorothy P. Antullis (*Pro Hac Vice* Pending)
ROBBINS GELLER RUDMAN & DOWD, LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Email:  sdavidson@rgrdlaw.com
Email:  cgold@rgrdlaw.com
Email:  dantullis@rgrdlaw.com

Mark S. Reich (*Pro Hac Vice* Pending)
58 South Service Road, Suite 200
Melville, NY 11747
Email:  mreich@rgrdlaw.com

Daniel C. Cohen (Pro Hac Vice Pending)

Edward Y. Kroub (Pro Hac Vice Pending)
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
Email:  dan@ccml.legal
Email:  edward@cml.legal

Michael A. Yoder
Michael W. Slocumb (*Pro Hac Vice* Pending)
SLOCUMB LAW FIRM, LLC
777 6TH Street NW, Suite 520
Washington, DC 20001
Email:  myoder@slocumblaw.com
Email:  mike@slocumblaw.com

Scott A. Powell (*Pro Hac Vice* Pending)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Email:  scott@hwnn.com

Steven T. Webster
WEBSTER BOOK, LLP
300 N. Washington St, Suite 404
Alexandria, VA 22314
Email:  swebster@websterbook.com

W. Lewis Garrison, Jr.
Taylor C. Bartlett
Christopher B. Hood
HENNIGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
Email:  lewis@hgdlawfirm.com
Email:  taylor@hgdlawfirm.com
Email:  chood@hgdlawfirm.com

James F. McDonough, III
Jonathan R. Miller
Travis E. Lynch
3612 Vinings Slope, Suite 4320
Atlanta, GA 30339
Email:  jmcdonough@hgdlawfirm.com
Email:  jmiller@hgdlawfirm.com
Email:  tlynch@hgdlawfirm.com

Pierce Christopher Murphy

Jodie Elizabeth Buchman
Silverman Thompson Slutkin White, LLC
201 N. Charles St, 26th Floor
Baltimore, MD 21201
Email:  pmurphy@mdattorney.com
Email:  jbuchman@mdattorney.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb Street
Petersburg, VA  23803-3212
Email:  dale@pittmanlawoffice.com

Scott A. Surovell
Surovell Isaacs & Levy, PLC
4010 University Dr, Suite 200
Fairfax, VA  22030
Email:  ssurovell@surovellfirm.com

Ivy T. Ngo
Joshua E. Moyer
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 E. Evans Avenue
Aurora, CO 80014
Email:  ngoi@fdazar.com
Email:  moyerj@fdazar.com

Mark A. Ozzello
Terek H. Zohdy
Cody R. Padgett
Trisha K. Monesi
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Email:  Mark.Ozzello@capstonelawyers.com
Email:  Tarek.Zohdy@capstonelawyers.com
Email:  Cody.Padgett@capstonelawyers.com
Email:  Tricia.Monesi@capstonelawyers.com

Karen H. Riebel
Kate M. Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Email:  khriebel@locklaw.com
Email:  kmbaxter-kauf@locklaw.com

_____/s/_____
Leonard A. Bennett, Esq., VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiffs*