IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARSHA HEATH, et al.,
        Plaintiffs,

v.                                                                                                 Civil Action No. 3:19-cv-555
                                                                         Related Civil Action Nos. 3:19-cv-557
                                                                                          3:19-cv-574
                                                                                           3:19-cv-579
                                                                                           3:19-cv-581
                                                                                           3:19-cv-585
                                                                                           3:19-cv-586
                                                                                           3:19-cv-587
                                                                                           3:19-cv-595

CAPITAL ONE FINANCIAL
CORPORATION, et al.,
        Defendants.

## ORDER

This matter comes before the Court on the plaintiffs' motion to consolidate and the defendants' motion to stay. (Dk. Nos. 5, 8, 3:19-cv-555.) Since Capital One announced a data breach on July 29, 2019, plaintiffs have filed over a dozen class action complaints in this district. In several cases, the plaintiffs have moved to consolidate for pretrial purposes.

On August 13, 2019, the Honorable Leonie M. Brinkema consolidated three related cases[1] for pretrial purposes and transferred those cases from the Alexandria Division to the Richmond Division for consolidation with this case. (*See* Dk. No. 6, 3:19-cv-585.) Similarly, on August 14, 2019, the Honorable Liam O'Grady transferred a related case from the Alexandria Division to the Richmond Division for consolidation with this case. (*See* Dk. No. 6, 3:19-cv-595.) On August

---

[1] Civil Action Nos. 3:19-cv-585, 3:19-cv-586, and 3:19-cv-587.

15, 2019, the Honorable Henry E. Hudson reassigned two related cases to this Court. (*See* Dk. No. 7, 3:19-cv-557; Dk. No. 8, 3:19-cv-581.)

The defendants have now moved to reconsider the Orders consolidating and transferring these cases. The defendants have also moved to stay these proceedings pending the resolution of motions to transfer and consolidate under 28 U.S.C. § 1407, currently before the Judicial Panel on Multidistrict Litigation ("JPML").

Upon due consideration, and for the purposes of judicial efficiency and economy, the Court ORDERS as follows:

1. The Court DENIES the motions for reconsideration. (Dk. No. 8, 3:19-cv-557; Dk. No. 11, 3:19-cv-581; Dk. No. 12, 3:19-cv-586; Dk. No. 7, 3:19-cv-595.)[2] These cases will remain in the Richmond Division. The parties shall submit all future filings in the new case numbers.

2. The Court GRANTS the motions to stay. (Dk. No. 8, 3:19-cv-555; Dk. Nos. 10, 11, 3:19-cv-557; Dk. No. 3, 3:19-cv-574; Dk. No. 6, 3:19-cv-579; Dk. No. 13, 3:19-cv-581; Dk. No. 7, 3:19-cv-585; Dk. No. 10, 3:19-cv-586; Dk. No. 17, 3:19-cv-587; Dk. No. 9, 3:19-cv-595.)[3] The Court STAYS all proceedings and deadlines in these cases until the Judicial Panel on Multidistrict Litigation resolves the pending motions to transfer and consolidate filed in *In re Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019). The Court DIRECTS the defendants to file a status report with the Court within one (1) day of the JPML's decision on the motions to transfer and consolidate.

---

[2] The defendants also filed motions for reconsideration in the original case numbers assigned to these cases before transfer. (Dk. No. 7, 1:19-cv-979; Dk. No. 9, 1:19-cv-1008; Dk. No. 17, 1:19-cv-1021.) The plaintiffs also filed a motion for reconsideration in the original case number 1:19-cv-1021. (Dk. No. 19, 1:19-cv-1021.) This Order disposes of those motions.

[3] The defendants also filed motions to stay in the original case numbers assigned to these cases before transfer. (Dk. No. 9, 1:19-cv-979; Dk. No. 11, 1:19-cv-1008; Dk. No. 18, 1:19-cv-1021; Dk. No. 9, 1:19-cv-984.) This Order disposes of those motions.

3. If necessary following the JPML's decision, the Court will lift the stay and consider the pending motion to consolidate in the 3:19-cv-555 action. (Dk. No. 5, 3:19-cv-555.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 16 August 2019
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge